UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

WAIVER OF INDICTMENT

v.

Criminal No. 3:25-cr- 262-BJD-PDB

JACINTH BAILEY

I, Jacinth Bailey, the above named defendant, who is accused of conspiracy to commit marriage fraud, in violation of 18 U.S.C. § 371, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
JACINTH BAILEY
Defendant

_____
JOHN ROCKWELL
Attorney for Defendant

Before _____
　　　　　Judicial Officer

[Filed stamp: DEC 23 2025 PM 2:01 FILED-USDC-FLMD-JAX]